

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-14-00084-CV

Vanessa Jordan **HARWOOD**, William Crosby Harwood, and Donna Harwood,
Appellants

v.

**GUADALUPE-BLANCO RIVER AUTHORITY**,
Appellee

From the 25th Judicial District Court, Guadalupe County, Texas
Trial Court No. 12-0134-CV-A
Honorable W.C. Kirkendall, Judge Presiding

BEFORE JUSTICE BARNARD, JUSTICE MARTINEZ, AND JUSTICE ALVAREZ

In accordance with this court's opinion of this date, this appeal is DISMISSED FOR WANT OF PROSECUTION.

We ORDER that appellee Guadalupe-Blanco River Authority recover its costs of this appeal from appellants Vanessa Jordan Harwood, William Crosby Harwood, and Donna Harwood.

SIGNED May 21, 2014.

_____
Marialyn Barnard, Justice